HAROUNI LAW GROUP
KAIVAN HAROUNI [SBN 256582]
9025 Wilshire Blvd., 5th Floor
Beverly Hills, CA 90211
Telephone: 310-693-8333
Facsimile:   310-494-9499
Email: KH@HarouniLaw.com

Attorney for Plaintiffs LEONARDO DELA CRUZ and WILMA L. DELA CRUZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| LEONARDO DELA CRUZ, an individual; WILMA L. DELA CRUZ, an individual,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>IBM LENDER BUSINESS PROCESS SERVICES, INC., a corporation; JP MORGAN CHASE BANK, N.A., a corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), a corporation; DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No: 4:11-cv-030027-PJH<br><br>**P~~ROPOSED~~ ORDER** |

On reading the stipulation submitted by all parties, the declaration by Plaintiffs' counsel, and it appearing to the satisfaction of the Court that this is a proper case for granting a continuance of the motion to dismiss until September 7, 2011 and for allowing Plaintiffs to turn in their opposition to the motion to dismiss late;

PURSUANT TO STIPULATION IT IS ORDERED:

(1) That Plaintiffs' ~~may file their~~ opposition to Defendant IBM Lender Business Process Services, Inc.'s motion to dismiss ~~on July 12, 2011~~ which was filed on July 12, 2011 shall be deemed timely.

(2) That the motion to dismiss filed by Defendant IBM Lender Business Process Services, Inc. ~~is continued til~~ will be held on September 21, 2011.

Dated: 8/8/11



_____
e. Hamilton