UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONARDO DELA CRUZ, et al.,

    Plaintiffs,

    v.

JPMORGAN CHASE BANK, NA, et al.,

    Defendants.
_____/

No. C 11-3027 PJH

**ORDER CONTINUING HEARING DATE**

    The date for the hearing on defendants' motions to dismiss the complaint for failure to state a claim, and plaintiffs' application for order re contempt against non-party Deidra N. Buffington, previously set for hearing on September 21, 2011, has been CONTINUED to Wednesday, November 16, 2011, at 9:00 a.m.

    In addition, the court has received no chambers copies of the motion to dismiss and accompanying request for judicial notice filed by defendant JPMorgan Chase, in violation of Civil Local Rule 5-1(b). The court notes further that neither JPMorgan Chase nor defendants IBM Lender Process Services, Inc. and Federal National Mortgage Association filed a reply to plaintiffs' opposition, and advises that the time for filing a reply has now passed. Civ. L.R. 7-3(c).

**IT IS SO ORDERED.**

Dated: September 14, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge