HAROUNI LAW GROUP
KAIVAN HAROUNI [SBN 256582]
9025 Wilshire Blvd., 5th Floor
Beverly Hills, CA 90211
Telephone:  310-693-8333
Facsimile:   310-494-9499
Email: KH@HarouniLaw.com

Attorney for Plaintiffs LEONARDO DELA CRUZ and WILMA L. DELA CRUZ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| LEONARDO DELA CRUZ, an individual; WILMA L. DELA CRUZ, an individual, | Case No: 4:11-cv-030027-PJH |
| Plaintiffs, | ~~PROPOSED~~ ORDER |
| vs. | |
| IBM LENDER BUSINESS PROCESS SERVICES, INC.,  a corporation; JP MORGAN CHASE BANK, N.A., a corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), a corporation; DOES 1 through 50, inclusive, | |
| Defendants. | |

On reading the stipulation submitted by all parties, and it appearing to the satisfaction of the Court that this is a proper case for granting a voluntary dismissal of the complaint without prejudice on the above-entitled action against Defendants;

PURSUANT TO STIPULATION IT IS ORDERED:

That Plaintiffs may voluntarily dismiss the above entitled action without prejudice against Defendants.

HAROUNI LAW GROUP
9025 Wilshire Blvd., 5th Floor Beverly Hills, CA  90211

1

Dated: __11/14/11__

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HAROUNI LAW GROUP
9025 Wilshire Blvd., 5th Floor Beverly Hills, CA 90211



IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROPOSED ORDER**