HAROUNI LAW GROUP
KAIVAN HAROUNI [SBN 256582]
9025 Wilshire Blvd., 5th Floor
Beverly Hills, CA 90211
Telephone: 310-693-8333
Facsimile: 310-494-9499
Email: KH@HarouniLaw.com

Attorney for Plaintiffs LEONARDO DELA CRUZ and WILMA L. DELA CRUZ

HAROUNI LAW GROUP
9025 Wilshire Blvd., 5th Floor Beverly Hills, CA 90211

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND**

LEONARDO DELA CRUZ, an individual; WILMA L. DELA CRUZ, an individual,

Plaintiffs,

vs.

IBM LENDER BUSINESS PROCESS SERVICES, INC., a corporation; JP MORGAN CHASE BANK, N.A., a corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION (“FANNIE MAE”), a corporation; DOES 1 through 50, inclusive,

Defendants.

Case No: 4:11-cv-030027-PJH

**~~PROPOSED~~ ORDER**

On reading the stipulation submitted by all parties, and it appearing to the satisfaction of the Court that this is a proper case for granting a voluntary dismissal of the complaint without prejudice on the above-entitled action against Defendants;

PURSUANT TO STIPULATION IT IS ORDERED:

That Plaintiffs may voluntarily dismiss the above entitled action without prejudice against Defendants.

Dated: 11/14/11

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

nilton

HAROUNI LAW GROUP
9025 Wilshire Blvd., 5th Floor Beverly Hills, CA 90211

– 2 –
PROPOSED ORDER